**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GUILLORY, | No. 05-04395 CW |
|       Plaintiff, | ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION |
|   v. | |
| CONTRA COSTA COUNTY SHERIFF, et al., | |
|       Defendants. | |
| _____/ | |

On October 23, 2006, Defendants filed a Motion for Summary Judgment.  Plaintiff's opposition was due sixty days thereafter. To date, Plaintiff has not filed an opposition to the motion. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall have until July 27, 2007, to file his opposition to Defendants' Motion for Summary Judgment.  **Failure to file an opposition may result in dismissal of this case for failure to prosecute.**  The Ninth Circuit has held that the following notice should be given to pro se Plaintiffs facing a summary judgment motion:

> The defendants have made a motion for summary judgment by which they seek to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

> Rule 56 tells you what you must do in order to oppose a motion for summary judgment.  Generally, summary judgment must be granted when there is no genuine issue of material fact--that is,  if there is no real dispute about any fact that would affect the result of your case,

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9

          the party who asked for summary judgment is entitled to
          judgment as a matter of law, which will end your case.
          When a party you are suing makes a motion for summary
          judgment that is properly supported by declarations (or
          other sworn testimony), you cannot simply rely on what
          your complaint says.  Instead, you must set out specific
          facts in declarations, depositions, answers to
          interrogatories, or authenticated documents, as provided
          in Rule 56(e), that contradict the facts shown in the
          defendant's declarations and documents and show that
          there is a genuine issue of material fact for trial.  If
          you do not submit your own evidence in opposition,
          summary judgment, if appropriate, may be entered against
          you.  If summary judgment is granted in favor of
          defendants, your case will be dismissed and there will be
          no trial.

10

See Rand v. Rowland, 154 F.3d 952, 963 (9th Cir. 1998) (en banc).

11
12
13
14
15
16
17
18
19
20
21
22
23

          Plaintiff is advised to read Rule 56 of the Federal Rules of

Civil Procedure and Celotex Corp. v. Catrett, 477 U.S. 317, 106 S.

Ct. 2548, 91 L. Ed. 2d 265 (1986) (party opposing summary judgment

must come forward with evidence showing triable issues of material

fact on every essential element of his claim).  Plaintiff is

cautioned that because he bears the burden of proving his

allegations in this case, he must be prepared to produce evidence

in support of those allegations when he files his opposition to

Defendants' dispositive motion.  Such evidence may include sworn

declarations from himself and other witnesses to the incident, and

copies of documents authenticated by sworn declaration.  Plaintiff

will not be able to avoid summary judgment simply by repeating the

allegations of his complaint.

24
25

          If Defendants wish to file a reply brief, they shall do so no

later than thirty (30) days after the date Plaintiff's opposition

is filed.

26
27

          The motion shall be deemed submitted as of the date the reply

28

2

United States District Court
For the Northern District of California

1   brief is due.  No hearing will be held on the motion unless the

2   Court so orders at a later date.

3       All communications by Plaintiff with the Court must be served

4   on Defendants, or Defendants' counsel once counsel has been

5   designated, by mailing a true copy of the document to Defendants or

6   Defendants' counsel.

7       It is Plaintiff's responsibility to prosecute this case.

8   Plaintiff must keep the Court informed of any change of address and

9   must comply with the Court's orders in a timely fashion.

10      Extensions of time are not favored, though reasonable

11  extensions will be granted.  Any motion for an extension of time

12  must be filed no later than seven days prior to the deadline sought

13  to be extended.

14

15          6/18/07

16  Dated _____          _____
                                           CLAUDIA WILKEN
                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28
                                    3

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

GUILLORY,

Case Number: CV05-04395 CW

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

CONTRA COSTA SHERIFF'S
DEPARTMENT et al,

Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew S. Guillory F-03860
Mule Creek State Prison
C-13-140-UP
P.O. Box 409060
Ione,  CA 95640

Monika L. Cooper
County of Contra Costa
651 Pine Street
9th Floor
Martinez,  CA 94553

Dated: June 18, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California