IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW S. GUILLORY,

    Plaintiff,

 v.

CONTRA COSTA COUNTY SHERIFF, et al.,

    Defendants.         /

No. C 05-4395 CW (PR)

ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR APPOINTMENT OF COUNSEL AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Plaintiff Andrew S. Guillory, a state prisoner, filed this civil rights action under 42 U.S.C. § 1983.

    In an Order dated March 22, 2006, the Court found Plaintiff's claims cognizable and directed the Clerk of the Court to serve Defendants. The served Defendants have answered the complaint. Defendants also filed a motion for summary judgment on October 23, 2006.

    Before the Court is Plaintiff's second request for the appointment of counsel to represent him in this action. The Court previously denied Plaintiff's first request for appointment of counsel (docket no. 40). In the present motion, Plaintiff states that he cannot litigate this action on his own behalf because of his mental health needs.

    There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. See Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952

(9th Cir. 1998) (en banc). The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See id. at 1525; Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). Both of these factors must be viewed together before reaching a decision on a request for counsel under § 1915. See id.

The Court finds that exceptional circumstances entitling Plaintiff to court appointed counsel do not exist. The likelihood of Plaintiff's success on the merits cannot be ascertained at this point in the proceedings, and the legal issues are not complex. Moreover, although Plaintiff suffers from mental health complications, he has been able to articulate his claims adequately pro se in light of the complexity of the issues involved. See Agyeman v. Corrections Corp. of America, 390 F.3d 1101, 1103 (9th Cir. 2004). Accordingly, Plaintiff's second request for the appointment of counsel is DENIED.

Plaintiff's opposition to Defendants' motion for summary judgment is presently overdue. Because Plaintiff filed a second request for appointment of counsel pending the filing of his opposition, the Court GRANTS Plaintiff an extension of time. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including August 31, 2007.

If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

Defendants' Motion for Summary Judgment shall be deemed submitted as of the date the reply brief is due.  No further extensions will be granted absent exigent circumstances.

This Order terminates Docket no. 41.

IT IS SO ORDERED.

DATED: 8/1/07

_____
CLAUDIA WILKEN
United States District Judge

3

<div style="text-align:center">

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| GUILLORY, | Case Number: CV05-04395 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONTRA COSTA SHERIFF'S DEPARTMENT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew S. Guillory F-03860
Mule Creek State Prison
C-13-140-UP
P.O. Box 409060
Ione, CA 95640

Monika L. Cooper
County of Contra Costa
651 Pine Street
9th Floor
Martinez, CA 94553

Dated: August 1, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk