IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. GUILLORY,<br><br>    Plaintiff,<br><br>    v<br><br>CONTRA COSTA COUNTY SHERIFF et al.,<br><br>    Defendants. | Case No C 05-4395 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>January 8, 2008</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒  Plaintiff

    ☐  Warden or warden's representative

    ☒  Office of the California Attorney General

    ☒  Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: January 8, 2008

_____
Nandor J Vadas
United States Magistrate Judge

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUILLORY                                                     No. C 05 4395 CW

v.                                                      CERTIFICATE OF SERVICE

CONTRA COSTA
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _January 8, 2008_, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Andrew S. Guillory**
F-03860
Mule Creek State Prison
C-13-140-UP
P.O. Box 409060
Ione, CA 95640

                                                         RICHARD W. WIEKING, CLERK

                                                         By:/s/_____

                                                                Deputy Clerk