IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. GUILLORY, | No. C 05-04395 CW |
| Plaintiff, | CONDITIONAL ORDER OF DISMISSAL |
| v. | |
| CONTRA COSTA COUNTY SHERIFF, et al., | |
| Defendants. | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: 1/10/08

_____
CLAUDIA WILKEN
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

GUILLORY,

        Plaintiff,

  v.

CONTRA COSTA SHERIFF'S DEPARTMENT et al,

        Defendant.

Case Number: CV05-04395 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew S. Guillory F-03860
Mule Creek State Prison
C-13-140-UP
P.O. Box 409060
Ione, CA 95640

Monika L. Cooper
County of Contra Costa
651 Pine Street
9th Floor
Martinez, CA 94553

Dated: January 10, 2008

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk